IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINALD SCOTT,** : | |
| *Plaintiff*, : | |
| : | **CIVIL ACTION** |
| v. : | **NO.: 21-2889** |
| : | |
| **CITY OF PHILADELPHIA,** *et al.*, : | |
| *Defendant*. : | |

## ORDER

**AND NOW**, this 6th day of October, 2021, upon consideration of Plaintiff's Motion for Extension of Time (ECF No. 7), it is hereby **ORDERED** that said Motion is **GRANTED**. Plaintiff shall have until **Wednesday, October 20, 2021** to respond to Defendant City of Philadelphia's Motion to Dismiss (ECF No. 4).

BY THE COURT:

*/s/ C. Darnell Jones, II*

C. Darnell Jones, II    J.