**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| REGINALD SCOTT : | |
|           Plaintiff, : | |
| v. : | No. 2:21-cv-02889-CDJ |
| CITY OF PHILADELPHIA, et al, : | |
|           Defendant. : | |

**STIPULATION OF VOLUNTARY DISMISSAL**

AND NOW, this 20TH day of October 2021, the parties to this action, through this undersigned counsel, do hereby stipulate to voluntary dismissal of the Complaint in this matter pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

_____
James A. Wells
Gay & Chacker, P.C.
1731 Spring Garden Street
Philadelphia, PA 19130

*Attorneys for Plaintiff, Reginald Scott*

_____
Jenna Jankowski
Assistant City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

*Attorneys for Defendant City of Philadelphia*